USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MISC. NO. 2:08mc3389 |
| DEFENDANT | TYPE OF PROCESS |
| WILLIAM R. BURNETTE | Motion, Affidavit & Order |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WILLIAM R. BURNETTE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6778 Grier Road, Wetumpka, AL 36092-6403

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U. S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL 36101-0197

RETURNED AND FILED
MAR 21 2008

Number of process to be served with this Form 285: 1 / 3
Number of parties to be served in this case: 1 / 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SSN: 4541
DOB: 1950

Signature of Attorney other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 3/4/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 02
District to Serve No. 02
Signature of Authorized USMS Deputy or Clerk: D. Brown
Date: 3/7/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
BLONDINE JOHNSON (MOTHER IN LAW) (334) 567-4826

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):
6762 GRIER ROAD
Wetumpka, AL. 36092

Date: 3/10/2008
Time: 12:45 pm
Signature of U.S. Marshal or Deputy: Laura Riley

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | 17.10 | — | $62.10 | | $0.00 |

REMARKS: Gave to Mother in law, resides on same property, she, Mrs. Johnson regularly accepts mail & packages for Burnette family. *William Burnette Employed @ Southern State Towing - Montgomery Cell phone (334)391-5367 ALABAMA

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Misc. No. 2:08-mc-3389-MEF ) |
| WILLIAM R. BURNETTE | ) ) |
| Defendant | ) |

### ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

Plaintiff, United States of America, having moved the Court for an Order requiring the Defendant, WILLIAM R. BURNETTE, to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised, it is **ORDERED** that the *Motion for Order Requiring Examination of Judgment Debtor* (Doc. 1, filed March 5, 2008) is **GRANTED**.

It is **ORDERED** that Defendant, WILLIAM R. BURNETTE, appear on **April 16, 2008 at 10:00 a.m.**, Courtroom 4A, United States Federal Courthouse, One Church Street, Montgomery, Alabama 36104, to answer questions concerning Defendant's real and personal property.

It is further **ORDERED** that Defendant bring the following documents:

1. Copies of personal and business income tax returns for the years 2004, 2005, 2006, and 2007.

Page 1 of 2

ATTEST: A True Copy
Certified to _____
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

2. Copies of all personal and business bank statements for the years 2004, 2005, 2006, and 2007.

3. Record of any safety deposit box in your name or that of your spouse.

4. Copy of title or deed of personal residence if owned by you or any member of your family. If not, a copy of proof of ownership by unrelated party.

5. Copy of title or license of automobiles, airplanes, motorcycles and boats owned or driven by you or your spouse.

DEFENDANT, WILLIAM R. BURNETTE, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR DEFENDANT'S ARREST. A COPY OF THIS ORDER, TOGETHER WITH COPIES OF PLAINTIFF'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON DEFENDANT FORTHWITH.

DONE this 6th of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE